### IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| JEFFREY DuPRIEST and RACHEL GILMORE | PLAINTIFFS |
| v.   Case No. 4:19-cv-00230-JM | |
| ALLSTATE INSURANCE COMPANY | DEFENDANT |

### PLAINTIFFS' NOTICE OF FILING

Pursuant to Ark. Code Ann. § 16-111-111(a), Plaintiffs notified the Arkansas Attorney General's office that they were challenging the constitutionality of Ark. Code Ann. §4-88-113(f)(1)(B) in this action. The Attorney General has advised that she does not intend to intervene in the above-captioned case at this time. A copy of the letter from Chief Deputy Attorney General Julie Benafield is attached as Exhibit "A."

      John Holleman, ABN 91056
      jholleman@johnholleman.net
      Timothy A. Steadman, ABN 2009113
      tim@johnholleman.net
      HOLLEMAN & ASSOCIATES, P.A.
      1008 West Second Street
      Little Rock, Arkansas 72201
      Telephone (501) 975-5040

      Lloyd "Tre" Kitchens, ABN 99075
      tkitchens@bradhendricks.com
      THE BRAD HENDRICKS LAW FIRM
      500 C Pleasant Valley Drive
      Little Rock, AR 72227
      Telephone (501) 221-0444